**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01922-WJM-STV

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. $10,000.00 IN UNITED STATES CURRENCY;
2. MISCELLANEOUS JEWELRY;
3. $5,475.18 FROM BANK OF AMERICA ACCOUNT NO. 325086466699;
4. $1,039.99 FROM AMERICAN EXPRESS BANK ACCOUNT NO. 320001377741; AND
5. 2017 FORD MUSTANG VIN: 1FA6P8CF3H5257534.

Defendants.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

---

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of December, 2017.

ROBERT C. TROYER
United States Attorney

s/ *Wayne Campbell*
Wayne Campbell
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: wayne.campbell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                            s/ *Jody Gladura*
                                            FSA Data Analyst
                                            Office of the U.S. Attorney